**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tiffany Nicole Jones | ) | CASE NO. 22-53799-bem |
| | ) | |
| | ) | |
| Debtor | ) | |
| Carvana, LLC | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| Tiffany Nicole Jones, Debtor | ) | |
| S. Gregory Hays., Trustee | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Carvana, LLC has filed a Motion for Relief from Stay and related papers with the Court seeking an order seeking relief from the automatic stay on Debtor's 2018 Jeep Cherokee VIN: 1C4PJLLB9JD615618.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the motion at the following number: **Toll-Free number: 833-568-8864; Meeting ID 160 862 0914 on July 6, 2022, at 10:15 a.m. in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of

the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Dated:  May 26, 2022

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
 *rmaner@rbmlegal.com*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Tiffany Nicole Jones. | ) | CASE NO. 22-53799-bem |
| | ) | |
| Debtor | ) | |
| Carvana, LLC | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| Tiffany Nicole Jones Debtor | ) | |
| S. Gregory Hays., Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MOTION FOR RELIEF FROM STAY

COMES NOW, Carvana, LLC, ("Movant") and moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

Movant, hold title and is secured by a Simple Interest Retail Installment Contract to Debtor's 2018 Jeep Cherokee VIN: 1C4PJLLB9JD615618, copies of the contract is attached hereto as Exhibit A.

2.

Debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code on 05/18/2022.

3.

Debtor surrendered collateral to Movant on or around 05/12/2022. Collateral remains in Movant's possession.

4.

The loan is approximately delinquent $3,546.00 and is contractually due for the 09/19/2021 payment.

5.

As of 05/26/2022, the payoff balance on the loan is approximately $15,079.32, with a value of $22,875.00 NADA value is attached as Exhibit B.

WHEREFORE, the Movant prays for an Order relieving it from the automatic stay of 11 U.S.C. § 362, authorizing Movant to proceed with the sale of the collateral, under its contract, in accordance with and pursuant to appropriate state statutes; directing that Rule 3002.1 no longer apply. Movant further

prays that the provisions of Bankruptcy Rule 4001(a)(3) be waived so that such Order be effective upon entry.

This 26th day of May 2022.

Respectfully Submitted,

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

**CERTIFICATE OF SERVICE**

     I, Richard B. Maner, certify that I am over the age of 18 and that on May 26, 2022, I served a copy of Movant's **MOTION FOR RELIEF FROM STAY** and **NOTICE OF HEARING** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage prepaid on the following persons or entities at the addresses stated:

Tiffany Nicole Jones, ProSe
Apartment 1306
100 Holly Park Court
Holly Springs, GA 30115

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

     Dated: May 26, 2022

                                              **/s/ Richard B. Maner**
                                              Richard B. Maner GA Bar No. 486588
                                              Counsel for Movant
                                              RICHARD B. MANER, P.C.
                                              180 Interstate N Parkway
                                              Suite 200
                                              Atlanta, GA  30339
                                              Phone: (404) 252-6385; Fax: (404) 252-6394
                                              *rmaner@rbmlegal.com*

DocuSign Envelope ID: C22530AB-5A5F-4D5F-9368-C0603A6E6DAF
Case 22-53799-bem    Doc 12    Filed 05/26/22    Entered 05/26/22 17:28:41    Desc Main
Document    Page 6 of 13

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

GA-102 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC<br>1026 MARIETTA ST NW<br>ATLANTA GA 30318-5506 | Tiffany Jones<br>3900 George Busbee NW Pkwy<br>Kennesaw GA 30144-2199 | No.<br>Date | <br>03/19/2021 |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 5,700.00 |
|---|---|---|---|---|
| 27.153 % | $ 14,400.85 | $ 13,914.18 | $ 28,315.03 | $ 34,015.03 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 71 | $ 394.00 | monthly beginning 04/19/21 |
| 1 | $ 341.03 | 03/19/27 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the lesser of 5% of the unpaid amount of the payment due or $50.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2018 | Jeep | Cherokee | Sport Utility | 1C4PJLLB9JD615618 | 49714 |

☐ New
☒ Used
☐ Demo

Other: N/A

## Description of Trade-In

| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: ____N/A____ ____N/A____. The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ __13,914.18__ plus finance charges accruing on the unpaid balance at the rate of __27.153__ % per year from the date of this Contract until maturity. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at __27.153__ % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Additional Charge.** You agree to pay an additional charge of $ __N/A__ that will be ☐ paid in cash. ☐ financed over the term of the Contract.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ __N/A__ if you pay this Contract in full before we have earned that much in finance charges.

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

COPY VIEW

## Itemization of Amount Financed

| | | | |
|---|---|---|---|
| a. | **Cash Price** of Vehicle, etc. (incl. tax of $ 1,160.94 ) | $ | 18,750.94 |
| b. | Trade-in allowance | $ | 0.00 |
| c. | Less: Amount owing, paid to (includes k): N/A | $ | N/A |
| d. | Net trade-in (b-c; if negative, enter $0 here and enter the amount on line k) | $ | 0.00 |
| e. | Cash payment | $ | 5,700.00 |
| f. | Manufacturer's rebate | $ | 0.00 |
| g. | Deferred down payment | $ | 0.00 |
| h. | Other down payment (describe) N/A | $ | N/A |
| i. | **Down Payment** (d + e + f + g + h) | $ | 5,700.00 |
| j. | **Unpaid balance of Cash Price** (a-i) | $ | 13,050.94 |
| k. | Financed trade-in balance (see line d) | $ | 0.00 |
| l. | Paid to public officials, including filing fees | $ | 68.24 |
| m. | Insurance premiums paid to insurance company(ies) | $ | 0.00 |
| n. | Service Contract, paid to: N/A | $ | N/A |
| o. | To: Gap Coverage | $ | 795.00 |
| p. | To: N/A | $ | N/A |
| q. | To: N/A | $ | N/A |
| r. | To: N/A | $ | N/A |
| s. | To: N/A | $ | N/A |
| t. | To: N/A | $ | N/A |
| u. | To: N/A | $ | N/A |
| v. | To: N/A | $ | N/A |
| w. | To: N/A | $ | N/A |
| x. | To: N/A | $ | N/A |
| y. | **Total Other Charges/Amts Paid** (k thru x) | $ | 863.24 |
| z. | **Prepaid Finance Charge** | $ | 0.00 |
| aa. | **Amount Financed** (j + y - z) | $ | 13,914.18 |

We may retain or receive a portion of any amounts paid to others.

[This area intentionally left blank.]

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**
☐ Single    ☐ Joint    ☒ None
Premium $ N/A    Term N/A
Insured N/A

**Credit Disability**
☐ Single    ☐ Joint    ☒ None
Premium $ N/A    Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: N/A                                         N/A DOB

By: N/A                                         N/A DOB

By: N/A                                         N/A DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ 1,000.00 . If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:
☐ $ N/A Deductible, Collision Cov.    $ N/A
☐ $ N/A Deductible, Comprehensive    $ N/A
☐ Fire-Theft and Combined Additional Cov.    $ N/A
☐ N/A    $ N/A

Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage.

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ **Service Contract**
Term: N/A months
Price: $ N/A
Coverage: N/A

☒ **Gap Waiver or Gap Coverage**
Term: 72 months
Price: $ 795.00
Coverage: Gap Coverage

☐ N/A
Term: N/A
Price: $ N/A
Coverage: N/A

By: *Tiffany Jones*   03/19/2021
Tiffany Jones   Date

By: N/A   N/A
Date

By: N/A   N/A
Date

## Additional Terms of the Sales Agreement

**Definitions.** "Contract" refers to this Retail Installment Contract and Security Agreement. The pronouns "you" and "your" refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns "we", "us" and "our" refer to the Seller and any entity to which it may transfer this Contract. "Vehicle" means each motor vehicle described in the Description of Property section. "Property" means the Vehicle and all other property described in the Description of Property and Additional Protections sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the Description of Property section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The "Total Sale Price" is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the Truth-In-Lending Disclosure assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of $30.00 or 5% of the face amount of the instrument, whichever is greater, plus the amount of any fees charged to the holder of the instrument by a bank or financial institution as a result of the instrument not being honored, after we provide any demand or notice required by law.

**Governing Law and Interpretation.** This Contract is governed by the law of Georgia and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

◆ You fail to perform any obligation that you have undertaken in this Contract.
◆ We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay reasonable attorneys' fees after default and referral to an attorney not a salaried employee of ours. The maximum attorneys' fees you will pay will be 15% of the amount you owe.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

◆ We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
◆ We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
◆ We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
◆ We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
◆ We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
◆ Except when prohibited by law and after we provide any required notices, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property, and we will give you any notice(s) required by law before we dispose of the property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Notices

**NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

N/A _____  N/A _____
By:                              Date
Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: *Tiffany Jones* — Tiffany Jones     Date: 03/19/2021

By: N/A     Date: N/A

By: *[signature]* — CARVANA, LLC     Date: 03/19/2021

**Notice to Buyer.** 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

By: *Tiffany Jones* — Tiffany Jones     Date: 03/19/2021

By: N/A     Date: N/A

By: N/A     Date: N/A

**Seller**

By: *[signature]* — CARVANA, LLC     Date: 03/19/2021

**Assignment.** This Contract and Security Agreement is assigned to N/A _____, the Assignee, phone N/A. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

☐ This Assignment is made with recourse.

**Seller**

By: N/A     Date: N/A

*[This area intentionally left blank.]*

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | ODOMETER* | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| 1C4PJLLB9JD615618 | JEEP | 2018 | MULTI-PURPOSE V | CHEROKEE | 049714 | 4 | 01/04/2022 |

1C4PJLLB9JD615618

049714

| DATE VEHICLE PUR | FUEL | NEW OR USED | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 03/18/2021 | GASOLINE | Used | 770071264909962 /GA | 1 | GRY / GRY | 770102296370962 |

MAIL TO:

BRIDGECREST   TSSC INTAKE
11799  N COLLEGE AVE STE
CARMEL IN 46032-0000

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

**OWNER**

TIFFANY NICOLE JONES
3900 GEORGE BUSBEE PKWY NW
APT 1813
KENNESAW GA 30144-2199

**1ST LIEN OR SECURITY INTEREST**

CARVANA LLC
1930 W RIO SALADO PKWY
TEMPE AZ 85281-2339

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

1054495053    *Robyn A. Crittenden*

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

59336044

STATE REVENUE COMMISSIONER



NADAguides.com is becoming part of JDPower.com. Learn more.



🏠 › Car Pricing › Change Make › Change Year & Model › Change Trim › Change ZIP › Change Mileage & Options › Values

⇄ CHANGE CAR    ⊕ COMPARE

# 2018 Jeep Cherokee Prices and Values
## Utility 4D Latitude Plus 2WD

| VALUES | PICTURES | SPECIFICATIONS | REVIEWS & RATINGS | SAFETY |



📷 View more photos & video (16)

See other trim levels    Utility 4D Latitude Plus

## Values & Cost Details ⓘ

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $16,850 | $18,225 | $19,325 | $21,875 |
| Mileage (68,714) | -$500 | -$500 | -$500 | -$500 |
| Total Base Price | $16,350 | $17,725 | $18,825 | $21,375 |

**Options (change)**

| Price + Options | $16,350 | $17,725 | $18,825 | $21,375 |

Selling Your Car? **Get an Online Offer** in 2 Minutes.

| Certified Pre-Owned (CPO) ⓘ | +$1,500 |

| **Certified Price with Options** | **$22,875** |

## Vehicle History Report

**Get answers to buy with confidence. Save when you purchase multiple reports.**
✓ Check whether an accident has been reported on the vehicle
✓ Check for severe damage, salvage, and theft



**VEHICLE IDENTIFICATION NUMBER**

Vehicle Identification Number



**Get Report**

 **Get Car Price Change Alerts**     Email address     **Notify Me**

Privacy Policy   Additional Alerts ⌄