# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-53799-bem |
| Tiffany Nicole Jones § | Chapter 7 |
| § | |
| Debtor § | |
| Tiffany Nicole Jones § | |
| Plaintiff § | |
| § | CONTESTED MATTER |
| v. § | |
| Carvana, LLC; Bridgecrest § | |
| Defendants § | |
| § | |
| § | |

## ANSWER

COMES NOW, Carvana, LLC and Bridgecrest, Defendants herein and make and file their answer as follows:

### AFFIRMATIVE DEFENSES

**1.**

Plaintiff's Complaint fails to state a claim upon which relief can be granted

**2.**

Plaintiff lacks standing to file the within Complaint.

### SPECIFIC RESPONSES

**1.**
Admitted.

**2.**
Admitted.

**3.**
Denied.

**4.**
Admitted.

**5.**

Denied

**6.**

Denied

**7.**

Denied.

**8.**

Denied.

**9.**

Denied.

**10.**

Denied.

**11.**

Denied.

**12.**

Admitted

**13.**

Denied.

**14.**

Admitted.

**15.**

Denied.

**16.**

Denied.

**17.**

Denied.

**18.**

Denied.

**19.**

Denied.

**20.**

Denied.

**21.**

Denied.

This the 30th day of December 2022

Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, GA Bar 486588
Attorney for Defendants
180 Interstate N Parkway Suite 200
Atlanta, GA 30339
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a copy of **ANSWER** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Tiffany Nicole Jones
Apartment 1306
100 Holly Park Court
Holly Springs, GA 30115

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Alan Hinderleider
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Atlanta, GA 30303


This the 30th  day of December 2022

                                                **/s/Richard B. Maner**
                                                Richard B. Maner, GA Bar 486588
                                                Attorney for Defendants
                                                180 Interstate N Parkway Suite 200
                                                Atlanta, GA 30339
                                                404-252-6385 Phone; 404-252-6394 Fax
                                                rmaner@rbmlegal.com